**FILED**

NOV 03 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina ▼

Western Division

JULIO CASTELLANOS

Case No. 5:22-CV-00440-M
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

THE UNITED STATE OF AMERICA

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JULIO CASTELLANOS |
| Address | 7565 CARROLLBURG DR. |
| | FAYETTEVILLE / NC / 28303 |
| | *City / State / Zip Code* |
| County | CUMBERLAND |
| Telephone Number | 910-605-8070 |
| E-Mail Address | jcesarcastellanos88@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | The United State of America |
| Job or Title *(if known)* | |
| Address | 950 Pennsylvania Avenue NW |
| | Washington / DC / 20530 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | (202) 353-1555 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

**Defendant No. 3**
    Name
    Job or Title *(if known)*
    Address

           *City*     *State*     *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

**Defendant No. 4**
    Name
    Job or Title *(if known)*
    Address

           *City*     *State*     *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☑ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Electronic Survelliance under Fourth Amendment occurs when a governmental employee or agent of the government violates an individual's reasonable expectation of privacy, violating free spech right by the first amendment.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
FAYETTEVILLE N.C., SURROUNDING AREAS.

B. What date and approximate time did the events giving rise to your claim(s) occur?
ON ABOUT MAY 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE EXIBIT A ATTACH

WAS HARRAS BY NSA NATIONAL SECURITY AGENCY

LOOS MY BUSINESS AND MY MARRIED

MY WIFE AND MY EXWORKERS

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

TORT INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

TAKING PRESCRIPTION TO BE ABLE TO SLEEP

TAKING PRESCRIPTION TO CONTROL MY MOOD

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE EXIBIT A

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/03/2022

Signature of Plaintiff: *Julio Castellanos*
Printed Name of Plaintiff: JULIO CASTELLANOS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City     State     Zip Code

Telephone Number
E-mail Address

# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## Western DIVISION

## VERIFICATION

I, Mr. Julio Castellanos being duly sworn, depose and say that I am the Plaintiff in the foregoing civil action; that I have read the foregoing action and know the contents thereof and the same is true to my own knowledge, except those matters and things therein alleged upon information and belief, and as to those, I believe them to be true.

This Date: 3/Oct 2022.

_Julio Castellanos_

Plaintiff

Mr. Julio Castellanos

7565 CARROLLBURG DR.

FAYETTEVILLE NC. 28303

910-605-8070

Sworn to and subscribed before me
this ___ day of Oct_____, 20 22.

_____ Notary Public

My commission expires: 28 Oct 2023.

Sheronica S. R. Grayer
Notary Public
Cumberland County, NC
My Commisssion Expires: 28 OCT 2023